UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LONGWELL COMPANY A/K/A OR D/B/A NEWPORT LANDING, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ASPEN SPECIALTY INSURANCE COMPANY AND ASPEN INSURANCE UK LIMITED, <br><br> Defendants. | § § § § § § § § § § § § § <br><br> No. 3:15-cv-00557-M |

## ORDER

Before the Court is the Agreed Motion for Dismissal [Docket Entry #46]. The Motion is **GRANTED**. It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** that this matter is **DISMISSED** with prejudice as to all claims and all parties. Costs of court are taxed against the party incurring same.

**SO ORDERED**.

August 11, 2016.

_____
BARBARA M. G. LYNN
CHIEF JUDGE